# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION  MDL No. 2989

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On April 1, 2021, the Panel transferred 35 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Cecilia M. Altonaga.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Altonaga.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 1, 2021, and, with the consent of that court, assigned to the Honorable Cecilia M. Altonaga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 12, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel


Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _Maria Cruz_ Deputy Clerk
Date _Apr 13, 2021_

# IN RE: JANUARY 2021 SHORT SQUEEZE
# TRADING LITIGATION

MDL No. 2989

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ARKANSAS EASTERN** | | | | |
| ARE | 4 | 21−00093 | Kelley et al v. Robinhood Markets Inc et al | |
| **CALIFORNIA CENTRAL** | | | | |
| ~~CAC~~ | ~~2~~ | ~~21−02230~~ | ~~Taylor Thompson v. Robinhood Financial LLC~~ | Opposed 4/9/21 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 21−00980 | Daniluk v. Robinhood Financial, LLC et al | |
| CAN | 4 | 21−00871 | Saliba v. Robinhood Markets, Inc. et al | |
| CAN | 4 | 21−00896 | Clapp et al v. Ally Financial Inc. et al | |
| CAN | 4 | 21−01596 | Lybrook et al v. Robinhood Financial LLC et al | |
| **CALIFORNIA SOUTHERN** | | | | |
| CAS | 3 | 21−00238 | Petrosyan v. Robinhood Financial LLC et al | |
| **FLORIDA MIDDLE** | | | | |
| FLM | 8 | 21−00329 | Zelewski et al v. Robinhood Markets, Inc. et al | |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 21−01601 | Milhouse v. Robinhood Financial LLC et al | |
| ILN | 1 | 21−01643 | Odeh v. TD Ameritrade, Inc. et al | |
| **MINNESOTA** | | | | |
| MN | 0 | 21−00415 | Siruk et al v. Robinhood Financial LLC et al | |
| MN | 0 | 21−00689 | Fox et al v. Ally Financial Inc. et al | |
| **NEBRASKA** | | | | |
| NE | 8 | 21−00093 | Shaeffer v. TD Ameritrade, Inc. | |

NEW YORK EASTERN

   NYE    1    21−00677    Dechirico et al v. Ally Financial Inc. et al

OREGON

   OR    3    21−00319    Norvell et al v. Robinhood Markets, Inc.